
87-2961

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED _____ ENTERED
LODGED _____ RECEIVED

JUN 22 2000

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                    DEPUTY

IN RE:  ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)           :

                                        :

This Document Relates To:               :    CIVIL ACTION NO.  MDL 875
Keene Building Products Corp.
Bankrupt Defendant
                    MD-1                :

    ALL ACTIONS                         :
(See attached schedule
    for case list)                      :

### O R D E R   O F   D I S M I S S A L

DEFENDANT, Keene Building Products Corp., having declared bankruptcy during the pendency of the asbestos products liability litigation, and having numerous pending actions against it in MDL 875, IS HEREBY DISMISSED, WITHOUT PREJUDICE, from all pending MDL 875 actions; the applicable statutes of limitations ARE TOLLED, and the plaintiffs are entitled to request reinstatement from this Court at a further date should circumstances so warrant.

BY THE COURT

Date: 6/14/00                           _____
                                         Charles R. Weiner, Judge

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 06/19/00
ATTEST: [signature]
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

39

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION - Individual Involvement Summary                                March 22, 2

Page: 1

Party Keene Building Products Corp. is named in the following 273 action(s).

| | | | | | |
|---|---|---|---|---|---|
| 875-ALN-2-90-1467; | 875-ALN-2-90-2391; | 875-ALN-2-90-2631; | 875-ALN-2-90-2667; | 875-ALN-2-90-2673; | 875-ALN-2-90-2675; |
| 875-ALN-2-90-2677; | 875-ALS-1-87-595; | 875-ALS-1-87-649; | 875-ALS-1-87-824; | 875-ALS-1-87-825; | 875-ALS-1-87-836; |
| 875-ALS-1-87-837; | 875-ALS-1-87-851; | 875-ALS-1-87-1035; | 875-ALS-1-87-1217; | 875-ARW-1-91-1060; | 875-ARW-1-91-1074; |
| 875-ARW-2-91-2098; | 875-ARW-5-91-5087; | 875-AZ-2-87-2160; | 875-AZ-2-87-2165; | 875-AZ-2-87-2166; | 875-AZ-2-87-2169; |
| 875-AZ-2-87-2170; | 875-AZ-2-87-2171; | 875-AZ-2-87-2172; | 875-AZ-2-87-2173; | 875-AZ-2-87-2174; | 875-AZ-2-87-2175; |
| 875-AZ-2-87-2176; | 875-AZ-2-87-2177; | 875-AZ-2-87-2178; | 875-AZ-2-87-2181; | 875-AZ-2-87-2182; | 875-AZ-2-87-2183; |
| 875-AZ-2-87-2187; | 875-AZ-2-87-2189; | 875-AZ-2-87-2191; | 875-AZ-2-87-2192; | 875-AZ-2-87-2194; | 875-AZ-2-87-2195; |
| 875-AZ-2-87-2196; | 875-AZ-2-87-2197; | 875-AZ-2-87-2198; | 875-AZ-2-87-2199; | 875-AZ-2-87-2200; | 875-AZ-2-87-2202; |
| 875-AZ-2-87-2203; | 875-AZ-2-87-2206; | 875-AZ-2-87-2207; | 875-AZ-2-87-2208; | 875-AZ-2-87-2210; | 875-AZ-2-87-2212; |
| 875-AZ-2-87-2213; | 875-AZ-2-87-2214; | 875-AZ-2-87-2215; | 875-AZ-2-87-2216; | 875-AZ-2-87-2217; | 875-AZ-2-87-2218; |
| 875-AZ-2-87-2219; | 875-AZ-2-87-2243; | 875-AZ-2-87-2244; | 875-AZ-2-87-2246; | 875-AZ-2-87-2247; | 875-AZ-2-87-2249; |
| 875-AZ-2-87-2250; | 875-AZ-2-87-2251; | 875-AZ-2-87-2252; | 875-AZ-2-87-2253; | 875-AZ-2-87-2254; | 875-AZ-3-87-2190; |
| 875-AZ-3-87-2248; | 875-AZ-3-87-2255; | 875-DC-1-88-2493; | 875-DC-1-89-1631; | 875-DC-1-89-1632; | 875-DC-1-89-1816; |
| 875-DC-1-89-3225; | 875-DC-1-90-496; | 875-DC-1-90-499; | 875-DC-1-90-723; | 875-DC-1-90-1127; | 875-DC-1-90-1443; |
| 875-DC-1-90-2718; | 875-DC-1-90-3062; | 875-ILC-2-89-2005; | 875-ILS-5-86-5261; | 875-ILS-5-86-5375; | 875-ILS-5-86-5376; |
| 875-ILS-5-86-5378; | 875-ILS-5-86-5380; | 875-ILS-5-86-5381; | 875-ILS-5-86-5382; | 875-ILS-5-86-5385; | 875-ILS-5-86-5387; |
| 875-ILS-5-86-5388; | 875-KYW-3-90-726; | 875-KYW-3-90-730; | 875-KYW-3-90-731; | 875-KYW-3-90-732; | 875-KYW-3-90-733; |
| 875-KYW-3-90-735; | 875-KYW-3-90-736; | 875-KYW-3-90-739; | 875-KYW-3-90-740; | 875-KYW-3-90-741; | 875-KYW-3-90-742; |
| 875-KYW-3-90-743; | 875-KYW-3-90-744; | 875-KYW-3-90-745; | 875-KYW-3-90-746; | 875-KYW-3-90-747; | 875-KYW-3-90-748; |
| 875-KYW-3-90-749; | 875-KYW-3-90-751; | 875-KYW-3-90-752; | 875-KYW-3-90-753; | 875-LAW-5-89-1453; | 875-LAW-5-89-1823; |
| 875-MA-1-81-14; | 875-MA-1-81-213; | 875-MA-1-81-345; | 875-MA-1-81-3135; | 875-MA-1-81-3156; | 875-MA-1-81-3262; |
| 875-MA-1-82-74; | 875-MA-1-82-220; | 875-MA-1-82-698; | 875-MA-1-82-1005; | 875-MA-1-82-1227; | 875-MA-1-82-2977; |
| 875-MA-1-82-3135; | 875-MA-1-82-3139; | 875-MA-1-82-3148; | 875-MA-1-82-3217; | 875-MA-1-82-3495; | 875-MA-1-82-3504; |
| 875-MA-1-82-4033; | 875-MA-1-82-4034; | 875-MA-1-82-4035; | 875-MA-1-82-4036; | 875-MA-1-82-4038; | 875-MA-1-82-4040; |
| 875-MA-1-83-16; | 875-MA-1-83-1468; | 875-MA-1-83-1486; | 875-MA-1-83-2430; | 875-MA-1-83-2754; | 875-MA-1-83-2764; |
| 875-MA-1-83-3234; | 875-MA-1-83-3653; | 875-MA-1-84-2058; | 875-MA-1-84-2395; | 875-MA-1-84-2422; | 875-MA-1-84-3499; |
| 875-MA-1-84-3636; | 875-MA-1-85-509; | 875-MA-1-85-2041; | 875-MA-1-85-2382; | 875-MA-1-85-2565; | 875-MA-1-86-530; |
| 875-MD-1-86-514; | 875-MD-1-86-2117; | 875-MD-1-86-2118; | 875-MD-1-86-2120; | 875-MD-1-86-2121; | 875-MD-1-86-2123; |
| 875-MD-1-86-2325; | 875-MD-1-86-2327; | 875-MD-1-86-2651; | 875-MD-1-86-2785; | 875-MD-1-86-2877; | 875-MD-1-86-3036; |
| 875-MD-1-86-3201; | 875-MD-1-86-3202; | 875-MD-1-86-3349; | 875-MD-1-86-3350; | 875-MD-1-86-3352; | 875-MD-1-86-3456; |
| 875-MD-1-86-3529; | 875-MD-1-87-46; | 875-MD-1-87-224; | 875-MD-1-87-225; | 875-MD-1-87-341; | 875-MD-1-87-494; |
| 875-MD-1-87-992; | 875-MD-1-87-993; | 875-MD-1-87-1397; | 875-MD-1-87-1421; | 875-MD-1-87-1477; | 875-MD-1-87-1531; |
| 875-MD-1-87-1532; | 875-MD-1-87-1533; | 875-MD-1-87-1534; | 875-MD-1-87-1536; | 875-MD-1-87-1538; | 875-MD-1-87-1685; |
| 875-MD-1-87-1686; | 875-MD-1-87-2865; | 875-MD-1-87-2981; | 875-MD-1-87-2982; | 875-MD-1-87-2983; | 875-MD-1-87-2984; |
| 875-MD-1-87-2985; | 875-MD-1-87-2987; | 875-MD-1-87-3074; | 875-MD-1-87-3075; | 875-MD-1-87-3160; | 875-MD-1-87-3161; |
| 875-MD-1-87-3162; | 875-MD-1-87-3411; | 875-MD-1-87-3413; | 875-MD-1-87-3414; | 875-MD-1-87-3415; | 875-MD-1-87-3416; |
| 875-MD-1-87-3417; | 875-MD-1-87-3418; | 875-MD-1-87-3419; | 875-MD-1-87-3420; | 875-MD-1-87-3427; | 875-MD-1-87-3428; |
| 875-MD-1-87-3429; | 875-MD-1-87-3491; | 875-MD-1-87-3492; | 875-MD-1-87-3493; | 875-MD-1-87-3494; | 875-MD-1-88-890; |
| 875-MD-1-90-1772; | 875-NCE-5-89-424; | 875-NJ-1-90-2753; | 875-NJ-2-92-3101; | 875-NV-2-87-272; | 875-NV-2-87-273; |
| 875-NV-2-87-667; | 875-NV-2-87-740; | 875-NV-2-87-751; | 875-NYN-1-87-312; | 875-NYN-1-87-871; | 875-NYN-1-87-875; |
| 875-NYN-1-87-876; | 875-NYS-1-87-4824; | 875-OHN-1-90-10694; | 875-OHN-1-91-10191; | 875-OHN-1-91-10192; | 875-OHN-1-91-10304; |
| 875-OHN-1-91-10521; | 875-OHN-1-91-10522; | 875-OHN-1-91-10524; | 875-OHN-1-93-11146; | 875-OR-3-91-483; | 875-PAE-2-90-438; |
| 875-PAE-2-90-3420; | 875-PAE-2-90-4215; | 875-TXE-1-89-482; | 875-TXE-1-90-60; | 875-TXE-2-89-192; | 875-TXN-3-86-2761; |
| 875-TXS-4-86-2661; | 875-TXS-4-86-2850; | 875-TXS-4-86-2858; | 875-TXS-4-86-3055; | 875-TXS-4-86-3128; | 875-TXS-4-86-3224; |
| 875-TXS-4-86-3254; | 875-TXW-1-90-67; | 875-TXW-1-90-516; | 875-TXW-1-90-652; | 875-TXW-7-91-50; | 875-TXW-7-91-136; |
| 875-WAE-1-90-3087; | 875-WAE-2-90-441; | 875-WVS-3-89-669 | | | |

NOTE: The civil actions listed are from ALL FILED litigations in CMS and reflect the date on which the report was run.
Cases enclosed in brackets {} signify either a closed case or a case in which the selected individual has been dismissed.